United States District Court
Southern District of Texas
**ENTERED**
June 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CANDICE ROCHFORD, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-647 |
| D.R. HORTON - TEXAS, LTD., | § |
| Defendant. | § |

## ORDER

Pending before the Court is Defendant D.R. Horton–Texas, Ltd.'s Motion to Dismiss and Compel Arbitration. (Doc. No. 7.) Plaintiff Candice M. Rochford concedes her prior agreement to mandatory arbitration but requests that the Court simply administratively close, rather than dismiss, this action. Plaintiff represents that Defendant is not opposed. Accordingly, the Court **GRANTS IN PART** Defendant's Motion as to its request that this matter be compelled to arbitration. The Court **DENIES IN PART** Defendant's Motion as to its request that this matter be dismissed. The Court further orders that the Clerk **CLOSE** the case administratively.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 11th day of June, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE